# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>RELATED FUND MANAGEMENT LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § CIVIL ACTION NO.: 3:25-cv-1627 |

## NOTICE OF RELATED CASE

Pursuant to Local Rule 3.3(b) of the Local Civil Rules for the United States District Court for the Northern District of Texas (the "Local Rules"), Defendants Related Fund Management LLC ("RFM"), James Kraus (collectively, the "Related Defendants"), Lucas Belinkie, Preston Callen, William C. Chaney, and Ryan Hope (collectively, the "Employee Defendants") (the Related Defendants and the Employee Defendants collectively, "Defendants") respectfully submit this Notice of Related Case to advise the Court that the above-styled action is related to a previously filed case in this Court.

On January 31, 2025, Plaintiff Apex Group Capital Advisors LLC f/k/a SandsPoint Capital Advisors LLC ("Plaintiff") filed suit in this Court against IQEQ US Management Co. LLC ("IQEQ") and the Employee Defendants in the matter of *Apex Group Capital Advisors LLC v. IQEQ Management Co. LLC et al.*, Civil Action No. 3:25-cv-00260-E (N.D. Tex.) (the "Initial

Federal Court Suit"). The Initial Federal Court Suit was assigned to the Honorable Ada E. Brown, United States District Court Judge for the Northern District of Texas. However, on February 19, 2025, less than three weeks after filing the Initial Federal Complaint, Plaintiff voluntarily dismissed the Initial Federal Court Suit under Federal Rule of Civil Procedure 41(a)(1), dismissing the claims against IQEQ with prejudice and dismissing the claims against the Employee Defendants without prejudice. Accordingly, the Court terminated the Initial Federal Court Suit on February 20, 2025.

On May 27, 2025, Plaintiff filed its Original Petition against Defendants in the District Court of Dallas County, Texas, styled as *Apex Group Capital Advisors LLC f/k/a SandsPoint Capital Advisors LLC v. Related Fund Management LLC et al.*, Cause No. DC-25-08300, in the 191st Judicial District Court of Dallas County, Texas (the "State Court Suit"). In the State Court Suit, Plaintiff asserts many of the same factual allegations as those contained in the Initial Federal Court Suit. This time, however, Plaintiff has not sued IQEQ, the current employer of the Employee Defendants. Instead, Plaintiffs has sued Related, a former client of Plaintiff that does not employ the Employee Defendants, and its Chief Financial Officer, James Kraus.

Because the Initial Federal Court Suit arises from a common nucleus of operative fact with the above-styled action that has been removed to this Court, the Initial Federal Court Suit constitutes a related case under Local Rule 3.3(b)(3).

Dated: June 24, 2025                                                  Respectfully submitted,

*/s/ John C.C. Sanders, Jr.*
John C.C. Sanders, Jr.
Texas Bar No. 24057036
jsanders@winston.com
D. Taylor Hinojosa (application forthcoming)
Texas Bar No. 24132805
thinojosa@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
(214) 453-6500
(214) 453-6400 (fax)

**COUNSEL FOR DEFENDANTS RELATED FUND MANAGEMENT LLC AND JAMES KRAUS**

*/s/ Stephanie K. Osteen*
Stephanie K. Osteen
Texas Bar No. 24002713
stephanie.osteen@fghwlaw.com
Caylin C. Craig
Texas Bar No. 24121552
**FARROW-GILLESPIE HEATH WILMOTH LLP**
1900 Pearl Street, Suite 2100
Dallas, Texas 75201
(214) 361-5600
(214) 661-6951 (fax)

**COUNSEL FOR LUCAS BELINKIE**

*/s/ Wilson E. Wray*
Wilson E. Wray
Texas Bar No. 00797700
wwray@atwoodmccall.com
Austin F. Pennington
Texas State Bar No. 24081432
apennington@atwoodmccall.com
**ATWOOD & MCCALL PLLC**
8150 N. Central Expressway, Suite 1100
Dallas, Texas 75206
(972) 665-9600
(214) 736-2960 (fax)

**COUNSEL FOR PRESTON CALLEN**


*/s/ Laurie Patton*
Laurie Patton
Texas Bar No. 24078158
lpatton@spencerfane.com
**SPENCER FANE LLP**
2200 Ross Avenue, Suite 4800 West
Dallas, Texas 75201
(214) 444-9533
(214) 750-3612 (fax)

**COUNSEL FOR WILLIAM C. CHANEY**


*/s/ Michael Holmes*
Michael Holmes
Texas Bar No. 24083191
michael@holmeslg.com
**HOLMES LAW GROUP, PLLC**
10233 E. Northwest Highway, Suite 333
Dallas, Texas 75238
(214) 444-9533

**COUNSEL FOR RYAN HOPE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a true and correct copy of same via email on counsel of record for all parties.

*/s/ John C.C. Sanders, Jr.*
John C.C. Sanders, Jr.
