UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC f/k/a SANDSPOINT CAPITAL ADVISORS LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> RELATED FUND MANAGEMENT LLC et al., <br><br> *Defendants.* | § § § § § § § § § § § § § § <br> Civil Action No. 3:25-CV-1627-X |

# MEMORANDUM ORDER AND OPINION

The Court granted a limited temporary restraining order (TRO) in favor of Apex Group Capital Advisors LLC f/k/a SandsPoint Capital Advisors LLC's (Apex) fourteen days ago. Apex now moves the Court to extend its TRO another fourteen days and requests a hearing for its preliminary injunction request. (Doc. 29). The Court **GRANTS** Apex's motion. The TRO will now expire at 5:00 PM on August 4, 2025.

**IT IS SO ORDERED** this 21st day of July, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1